**Denied and Opinion Filed November 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01501-CV

## IN RE MICHAEL MORFORD, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING, Relators

### Original Proceeding from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-05795

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to (1) compel arbitration before the Financial Industry Regulatory Authority (FINRA) and (2) vacate its August 28, 2014 order, which denied relators' motion to compel arbitration before FINRA and ordered arbitration to proceed before the American Arbitration Association. Because the record in a mandamus proceeding is assembled by the parties, *see* TEX. R. APP. P. 52.3(j), 52.3(k), this Court strictly enforces the authentication requirements of rule 52 of the rules of appellate procedure to ensure the integrity of the mandamus record. *See In re Butler,* 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (finding affidavit insufficient to authenticate record because it did not state affiant had "personal knowledge the copy of the order in the appendix is a correct copy of the original.").

Relators' petition for writ of mandamus in this case fails to comply with rule 52.3(j) which requires that"[t]he person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." Because relators' petition does not comply with the requirements of rule 52, relators have not demonstrated they are entitled to relief. TEX. R. APP. P. 52.8. Accordingly, we **DENY** the petition.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

141501F.P05